UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No. 25-06788 |
| PARAMOUNT REAL ESTATE INVESTMENT, ) | |
| INC., ) | Honorable Michael B. Slade |
| ) | |
| Debtor ) | Chapter 11 |

## NOTICE OF MOTION

To: Adam G. Brief, Acting U.S. Trustee, 219 South Dearborn St., Room 873, Chicago, IL 60604; USTPRegion11.ES.ECF@usdoj.gov
Robert P. Handler, Commercial Recovery Associates, LLC 805 Greenwood Street, Evanston, IL 60201; rhandler@com-rec.com
Timothy R. Yueill, Law Offices of Ira T. Nevel, LLC 175 N. Franklin St., Suite 201, Chicago, IL 60606; TimothyY@nevellaw.com

**PLEASE TAKE NOTICE** that on the 20th day of August, 2025, at 9:00 a.m., I will appear before the Honorable Michael B. Slade, or any other Bankruptcy Judge who may be presiding in said Judge's place and stead, **either in Courtroom 642 of the Dirksen Federal Building 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and will present the Motion of Debtor, Paramount Real Estate Investment, Inc., for Authority to Make Adequate Protection Payments to Lima One Capital, LLC and to Make Post-Petition Payments to The 461 East Bowen Condominium Association,** a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **160 817 7512** and the passcode is **623389**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of

Objection is timely filed, the court may grant the motion in advance without calling it.

                                                    /s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 3122099
53 W. Jackson Blvd., Suite 860
Chicago, Illinois 60604
(312) 332-0267
joel@jasbklaw.com

## CERTIFICATE OF SERVICE

I, Joel A. Schechter,

■ an attorney, certify

    -or-

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and attached motion for authority to make adequate protection payments to Lima One Capital, LLC and to make post-petition payments to The 461 East Bowen Condominium Association on the parties listed above via the Court's CM/ECF System on July 30, 2025, before the hour of 5:00 p.m. from 53 West Jackson Blvd., Chicago, IL 60604.

                                                    /s/ Joel A. Schechter

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No. 25-06788 |
| PARAMOUNT REAL ESTATE INVESTMENT, ) | |
| INC., ) | Honorable Michael B. Slade |
| ) | |
| Debtor ) | Chapter 11 |

**MOTION OF DEBTOR, PARAMOUNT REAL ESTATE INVESTMENT, INC., FOR AUTHORITY TO PROVIDE ADEQUATE PROTECTION PAYMENTS TO LIMA ONE CAPITAL, LLC AND TO PAY POST-PETITION ASSESSMENTS**

NOW COMES the Debtor, Paramount Real Estate Investment, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §363 and Rule 4001(d) of the Federal Rules of Bankruptcy Procedure ("FRBP") for the entry of an order authorizing the Debtor to provide adequate protection payments to Lima One Capital, LLC ("Lima One") on behalf of Wilmington Savings Fund Society, FSB, as Trustee of MFA 2022-INV2 Trust ("Wilmington"), and for authority to pay post-petition monthly assessments to The 461 East Bowen Condominium Association ("HOA"), retroactive to the date of filing, and in support thereof states as follows:

## BACKGROUND

1. On May 1, 2025, the Debtor filed a voluntary petition pursuant to Subchapter V of Chapter 11 of Title 11, United States Code ("Case").

2. Robert P. Handler has been appointed as Subchapter V Trustee.

3. The Debtor is an Illinois corporation holding title to a condominium unit located at 461 E. Bowen, Unit 1, Chicago, IL 60653 ("Property").

1

4. On or about June 7, 2019, the Debtor executed an adjustable rate note payable to Lima One Capital, LLC ("Lima One") in the principal sum of $108,600.

5. On or about June 7, 2019, the Debtor executed a mortgage whereby the Debtor pledged to Lima One as collateral for the note the Debtor's ownership interest in the Property. Copies of the note and mortgage are not appended to this motion, but are appended to the proof of claim filed by Lima One.

6. Prior to the filing of the Case, a judgment of foreclosure and sale was entered in the Circuit Court of Cook County, IL in favor of Wilmington, in Case No. 2023CH05857, in the amount of $153,077.55.

7. On May 2, 2025, a foreclosure sale of the Property was scheduled, but the filing of the Case stayed the sale.

8. The schedules filed by the Debtor list the Property as having a value of $240,000.

9. Lima One filed a proof of claim in the amount of $154,507.72, of which $55,335.57 is claimed as a pre-petition arrearage. The monthly payment for principal and interest and escrow reflected in the claim is $1,145.28.

10. In addition, the HOA filed a proof of claim in the amount of $4,342, for unpaid, monthly assessments due on the Property at the date of filing the Case. The monthly assessment due as of the filing of the Case is $390.

11. The Debtor has filed a motion to extend the time for filing its subchapter V plan ("Plan").

2

12. In the meantime and pending confirmation of its Plan, the Debtor requests authority to make adequate protection payments to Lima One in the amount of $1,145.28 per month commencing September 1, 2025, and continuing each month thereafter until the Plan is confirmed.

13. In addition to the foregoing, the Debtor requests authority to pay HOA the monthly assessments due for the months of May-August, 2025, and continuing each month thereafter.

14. The monthly payments to be provided to the HOA and Lima One will be funded by the Debtor's shareholder, Young S. Kim.

## RELIEF REQUESTED

15. Pursuant to 11 U.S.C. §363, and FRBP 4001(d), the Debtor requests authority to use the Property and to make adequate protection payments to Lima One in the amount of $1,145.28 per month commencing September 1, 2025, and continuing each month thereafter until further order of Court or until such time as the Debtor's Chapter 11 plan is confirmed.

16. In addition, the Debtor requests authority to make post-petition monthly assessment payments to the HOA for the months of May-August and continuing each month thereafter in the monthly payment of $390.

WHEREFORE, the Debtor, Paramount Real Estate Investment, Inc., prays the Honorable Court enter an order authorizing adequate protection payments to Lima One in the amount of $1,145.28 per month commencing September 1, 2025, and, further, authorizing monthly payments of

3

assessments in the amount of $390 per month to The 461 East Bowen Condominium Association, retroactive to May 1, 2025, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Paramount Real Estate Investment, Inc., Debtor

By: __/s/ Joel A. Schechter__
Its Attorney

Joel A. Schechter
Attorney No. 3122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604
(312) 332-0267
joel@jasbklaw.com

4